**UNITED STATES of America,**
**Appellee,**

v.

**Raul Camerena SIGALA, Appellant.**

**No. 05–2789.**

United States Court of Appeals,
Eighth Circuit.

Submitted Oct. 28, 2005.

Decided Nov. 16, 2005.

Bruce Wellesley Gillan, U.S. Attorney's Office, Omaha, NE, for Appellee.

Raul Camerena Sigala, Post, TX, pro se.

John C. Vanderslice, Federal Public Defender's Office, Lincoln, NE, for Appellant.

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Raul Sigala appeals the district court's[1] denial of his 28 U.S.C. § 2255 motion seek-

---

1. The Honorable Warren K. Urbom, United States Judge Court for the District of Nebraska.

ing relief based on *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). The district court granted a certificate of appealability on whether the rule announced in *Booker* applies retroactively to cases on collateral review, and we have since concluded that it does not. *See Never Misses A Shot v. United States*, 413 F.3d 781, 783–84 (8th Cir.2005) (per curiam). Accordingly, we affirm. *See* 8th Cir. R. 47B.

